# *EXHIBIT A*

# *EXHIBIT A*

## BRIDGESTONE RETAIL OPERATIONS
## APPLICATION FOR EMPLOYMENT

Today's Date:
5/23/2013

Bridgestone (which, for purposes of this application, refers to Bridgestone Retail Operations, LLC and Morgan Tire & Auto, LLC, including Firestone Complete Auto Care, Expert Tire, Tires Plus, Hibdon Tires Plus, Michel Tires Plus and Wheel Works stores) is an equal opportunity employer. It is Bridgestone's practice to ensure equal employment opportunities for all employees and qualified applicants. Applicants for employment are recruited, selected and hired on the basis of individual merit and ability and without discrimination because of race, color, religion, ancestry, marital status, gender, mental or physical disability, sexual orientation, national origin, age, citizenship, veteran/reserve/national guard status, gender identity and/or expression, genetic information or other protected status in accordance with applicable laws, directives and regulations of local, state or federal governments. In addition, personnel procedures and practices with regard to training, promotion, transfer, compensation, demotion, lay off and termination are administered without discrimination because of race, color, religion, ancestry, marital status, gender, mental or physical disability, sexual orientation, national origin, age, citizenship, veteran/reserve/national guard status, gender identity and/or expression, genetic information or other protected status in accordance with applicable laws, directives and regulations of local, state or federal governments.

Bridgestone is committed to providing affirmative action pursuant to Section 202 of Executive Order 11246, as amended, Section 503 of the Rehabilitation Act of 1973, and Section 402 of the Vietnam Era Veterans Readjustment Assistance Act of 1974, on the basis of gender, race, ethnicity, disability and covered veteran status.

Bridgestone participates in E-Verify, which means that Bridgestone will provide the Social Security Administration (SSA) and, if necessary, the Department of Homeland Security (DHS), with information from each new employee's Form I-9 to confirm work authorization.

| PERSONAL DATA | | |
|---|---|---|
| **NAME** | | |
| Last: Gonzalez | First: Jose | Middle: G |
| **HOME ADDRESS** | | |
| Address (Number, Street, PO Box, Apt/Suite): 20 Brentwood Ave | State: MA | ZIP: 02302 |
| City: Brockton | | |
| Phone Numbers (include area codes) | | |
| Home Phone: | Cell Phone: 617-435-1698 | Daytime Phone: 617-435-1698 |
| Email Address: jgonz19700605@gmail.com | | |
| Position Desired: Store Manager | Salary Expectation: USD $19.00/Hr. | |
| If offered employment, when could you start? 5/23/2013 | Can you work overtime? ☑ Yes ☐ No | |

If you answer yes to either of the following questions, explain below.

Have you ever worked for a Bridgestone entity?
☐ Yes ☑ No

Have you ever been discharged or asked to resign from a job?
☐ Yes ☑ No

Please explain:

Are you legally eligible for employment in the US? (Proof of eligibility will be required if hired.)
☒ Yes   ☐ No

Will you now or at any time in the future require sponsorship to be eligible to work in the US?
☐ Yes   ☒ No

| EDUCATION | | |
|---|---|---|
| If you received degree/s under a different name/s, please provide that name. | | |
| If you received a GED, provide state and name of issuing agency. | | |
| **High School or equivalent** | | |
| Name of School: ITT Institute Of Technology & Wentworth Institute Of Technology | City: | State: MA |
| Province: | Country: US | |
| Did you Graduate? ☒ Yes  ☐ No | | |
| **College** | | |
| Name of School: | City: | State: |
| Province: | Country: | |
| Did you Graduate? ☐ Yes  ☐ No | Date Degree Received: | Type of Degree Received: |
| Major Field of Study: | | |
| **College** | | |
| Name of School: | City: | State: |
| Province: | Country: | |
| Did you Graduate? ☐ Yes  ☐ No | Date Degree Received: | Type of Degree Received: |
| Major Field of Study: | | |
| **Other** | | |
| Name of School: | City: | State: |
| Province: | Country: | |

Did you Graduate?
☐ Yes ☐ No

Date Degree Received:

Type of Degree Received:

Major Field of Study:

## EMPLOYMENT

List all employment for the past seven (7) years. If you worked as a contractor or temporary employee, list the name of the company that paid you.

**PRESENT OR LAST EMPLOYER**

Is this present employment?
☐ Yes ☒ No

If yes, may we contact your employer?
☒ Yes ☐ No

| | | |
|---|---|---|
| Company Name:<br>Meineke Car Care Company | From:<br>8/2006 | To:<br>2/2012 |

Address:

| | | |
|---|---|---|
| City:<br>West Bridgewater | State:<br>MA | Zip: |

| | |
|---|---|
| Province: | Country: |

Your Title:
Store Manager

Phone No. (w/area code):

Ending Salary:
USD $19.00/Hr.

Reason for Leaving:

Are you eligible for re-hire?
☐ Yes ☐ No

Name of Supervisor:

Supervisor's Title:

Supervisor's Phone No. (w/area code):

Describe your work.
Store Manager Assistant Store Manager& Tech.Duties Consisted of; Dealing with everyday duties of the shop. Customer Service, Sales, Paperwork, Money Handling, Over seeing employees, Scheduling, Review of employees, Shop Apperance "cleaning". Special ordering, Customer feedback, Fixing Vehicles, Ordering shop supplies for the bussiness, and Inventory, Hiring and dismissals of employees, and Training. Hired Date: 8/6/2006 Leave Date: 2/20/2012

**2nd PREVIOUS EMPLOYER**

May we contact this employer?
☒ Yes ☐ No

| | | |
|---|---|---|
| Company Name:<br>The Home Depot | From:<br>2/2000 | To:<br>5/2013 |

Address:

| | | |
|---|---|---|
| City: Brockton | State: | Zip: |
| Province: | Country: | |

Your Title:
Department ManagerSales Specialist

Phone No. (w/area code):

Ending Salary:
USD $15.00/Hr.

Reason for Leaving:

Are you eligible for re-hire?
☐ Yes  ☐ No

| Name of Supervisor: | Supervisor's Title: | Supervisor's Phone No. (w/area code): |
|---|---|---|

Describe your work.
Duties Consisted of; Customer Service, Sales, Special and nonspecial ordering, Inventory, Stocking/Down-stocking, Writing reviews and write up's for employees, Making employee meetings, Scheduling, Hiring/Dismissals, Training, Cleaning Department, Multi-tasking in other departments, Making and tearing down displays, Machine Certified in "Order picker, Forklifts, Electric Ladder, Skid, Reach, Palette Jacks". Paperwork, Open Tubs, Workshops, Product knowledge, Safety Inspections. Hired Date: 2/12/2000Leave Date: Still There.

### 3rd PREVIOUS EMPLOYER

May we contact this employer?
☐ Yes  ☐ No

| Company Name: | From: | To: |
|---|---|---|
| Address: | | |
| City: | State: | Zip: |
| Province: | Country: | |

Your Title:

Phone No. (w/area code):

Ending Salary:

Reason for Leaving:

Are you eligible for re-hire?
☐ Yes  ☐ No

| Name of Supervisor: | Supervisor's Title: | Supervisor's Phone No. (w/area code): |
|---|---|---|

Describe your work.

### 4th PREVIOUS EMPLOYER

May we contact this employer?
☐ Yes ☐ No

| | | |
|---|---|---|
| Company Name: | From: | To: |
| Address: | | |
| City: | State: | Zip: |
| Province: | Country: | |
| Your Title: | | Phone No. (w/area code): |

Ending Salary:

Reason for Leaving:

Are you eligible for re-hire?
☐ Yes ☐ No

| | | |
|---|---|---|
| Name of Supervisor: | Supervisor's Title: | Supervisor's Phone No. (w/area code): |

Describe your work.

---

**5th PREVIOUS EMPLOYER**

May we contact this employer?
☐ Yes ☐ No

| | | |
|---|---|---|
| Company Name: | From: | To: |
| Address: | | |
| City: | State: | Zip: |
| Province: | Country: | |
| Your Title: | | Phone No. (w/area code): |

Ending Salary:

Reason for Leaving:

Are you eligible for re-hire?
☐ Yes ☐ No

| | | |
|---|---|---|
| Name of Supervisor: | Supervisor's Title: | Supervisor's Phone No. (w/area code): |

Describe your work.

## PROFESSIONAL REFERENCES

List people familiar with your work. Please do not include relatives.

| Name: | Employer: | Title: |
|---|---|---|
| Relationship: | Years Known: | |
| Contact Information (include area code) Daytime Phone: | Evening/Cell: | E-mail: |
| Name: | Employer: | Title: |
| Relationship: | Years Known: | |
| Contact Information (include area code) Daytime Phone: | Evening/Cell: | E-mail: |
| Name: | Employer: | Title: |
| Relationship: | Years Known: | |
| Contact Information (include area code) Daytime Phone: | Evening/Cell: | E-mail: |

## PROFESSIONAL QUALIFICATIONS AND RELEVANT SKILLS

List professional memberships, certificates, or licenses you hold that are relevant to your ability to perform the job for which you are applying (you may exclude those indicating race, color, religion, sex, sexual orientation, national origin, physical or mental disability, labor organization affiliations or other protected status.) List any additional skills, education, training or experience you have that is relevant to the position for which you are applying.

## ACKNOWLEDGEMENT AND AGREEMENT

I certify that the information I have provided in this application and the statements made by me in connection with this application are true, complete and correct to the best of my knowledge, and I authorize investigation of all information I have provided. I understand that any false information, omissions, or misrepresentations of the facts I have presented may result in rejection of my application or, if I am employed, my discharge at any time during my employment regardless of when such information, false answers or omissions are discovered.

**Maryland Applicants:** I understand that under Maryland law, an employer may not require or demand, as a condition of employment, prospective employment, or continued employment that any individual submit to or take a lie detector or similar test. I understand that an employer who violates this law is guilty of a misdemeanor and subject to a fine not exceeding $100. By submitting this application, I acknowledge receipt of this Maryland disclosure.

**Massachusetts Applicants:** I understand that it is unlawful in Massachusetts to require or administer a lie detector test as a condition of employment or continued employment. I understand that an employer who violates this law shall be subject to criminal penalties and civil liability. By submitting this application, I acknowledge receipt of this Massachusetts disclosure.

**Rhode Island Applicants:** I understand that Bridgestone is subject to Chapters 29-38 of Title 28 of the General Laws of Rhode Island, and is therefore covered by the state's workers' compensation law.

I understand that if I am offered employment, I may be required to sign a non-solicitation and nondisclosure agreement as a condition of employment.

I also understand that if I am offered employment, my employment will be contingent upon the satisfactory completion of a physical examination, drug screening test and background check.

I understand that exempt level employment may be contingent upon the signing of Bridgestone's standard employment agreement.

If I am employed and my employment later terminates with my owing money to Bridgestone for any reason, I agree that any such amounts may be deducted from any monies due me at the time of termination as may be permitted under the law.

If I am employed, I understand that the employment relationship will be employment-at-will. This means that either Bridgestone or I can terminate the relationship at any time without cause or notice. The employment relationship is not based upon an express or implied contract for any specified duration of time. I understand that Bridgestone reserves the right to change methods or amounts of compensation and/or benefits, as well as other terms and conditions of employment. This employment-at-will relationship can only be altered by a writing executed by me and a Bridgestone representative who is authorized to do so.

☑ Applicant's Signature
Jose Gonzalez 5/23/2013 10:18 AM
Checking the checkbox above is equivalent to a handwritten signature.

**EDR ACKNOWLEDGEMENT AND AGREEMENT**

Bridgestone maintains a program which is intended to resolve legal disputes fairly, quickly and without burdensome expense to any of the parties involved. I understand and agree that any legal disputes I may have with Bridgestone concerning my application and, if later hired, my employment or the termination of my employment with Bridgestone, must be resolved exclusively through this program, which is called the Employee Dispute Resolution Plan ("Plan"). I therefore understand and agree that I must submit all disputes covered by the Plan to mediation and, if necessary, to final and binding arbitration under the terms of the Plan. I further understand and acknowledge that my agreement to be bound by the Plan is made in exchange for Bridgestone considering my application and Bridgestone's promise to mediate or arbitrate disputes covered by the Plan, as fully described in the Plan.

I understand that by agreeing to be bound by the Plan, I am waiving any right I may have to resolve disputes covered by the Plan through any other means, except as set forth in the Plan, including a court case and/or jury trial. I also understand that the Plan fully defines the disputes that are covered, describes the procedures for mediation and arbitration, and sets forth the remedies I may obtain.

I acknowledge that I have been given the opportunity to review the Plan. (Click here for Plan.) I understand that I need to review the Plan carefully because it identifies the types of legal disputes covered and sets forth the procedures that must be followed.

I acknowledge that I have reviewed the Employee Dispute Resolution Plan

☑ Applicant's Signature

Jose Gonzalez 5/23/2013 10:18 AM
Checking the checkbox above is equivalent to a handwritten signature.